| | | | |
|---|---|---|---|
| Com. v. Delgros | 1472 WDA 2015<br>Affirmed | 12/13/2016 | CP–43–CR–0001496–<br>2014<br>(Mercer) |
| Com. v. D.K. | 1661 WDA 2015<br>Affirmed | 12/13/2016 | CP–11–CR–0000233–<br>2015<br>(Cambria) |
| Com. v. Dixon | 2020 WDA 2015<br>Affirmed | 12/13/2016 | CP–20–CR–0000778–<br>2015<br>(Crawford) |
| Heath v. Dellich [10] | 239 WDA 2016<br>Affirmed | 12/13/2016 | No. 848–2011<br>(Venango) |
| Com. v. Harden | 878 WDA 2016<br>Affirmed | 12/13/2016 | CP–25–CR–0000387–<br>2014<br>(Erie) |
| In re S.L.; Appeal of D.L. | 1083 WDA 2016<br>Affirmed | 12/13/2016 | 63–OC–2015–0717<br>(Washington) |
| Com. v. DePaoli | 1720 EDA 2015<br>Affirmed | 12/14/2016 | CP–45–CR–0001772–<br>2013<br>(Monroe) |
| Grace v. Kaufman | 574 EDA 2016<br>Affirmed | 12/14/2016 | No. 2013–C–3626<br>(Lehigh) |
| Com. v. Crawford | 2284 MDA 2015<br>Affirmed | 12/14/2016 | CP–40–CR–0002431–<br>2014<br>(Luzerne) |
| Com. v. Taylor | 482 MDA 2016<br>Affirmed | 12/14/2016 | CP–14–CR–0001858–<br>2013<br>(Centre) |
| Com. v. Harriott | 484 MDA 2016<br>Affirmed | 12/14/2016 | CP–14–CR–0001009–<br>2015<br>(Centre) |
| In re Adoption of C.T.C.; Appeal of C.D.C. | 898 WDA 2016<br>Affirmed | 12/14/2016 | No. A–15–110<br>(Allegheny) |
| Com. v. DePaoli | 1721 EDA 2015<br>Affirmed | 12/15/2016 | CP–45–CR–0001773–<br>2013<br>(Monroe) |
| In the Interest of: B.A.C. | 813 EDA 2016<br>Affirmed | 12/15/2016 | CP–51–AP–0000363–<br>2015<br>CP–51–DP–0001803–<br>2013<br>(Philadelphia) |
| In the Interest of: A.D.C. | 814 EDA 2016<br>Affirmed | 12/15/2016 | CP–51–AP–0000362–<br>2015<br>CP–51–DP–0001804–<br>2013<br>(Philadelphia) |
| In the Interest of: J.N.D. | 2446 EDA 2016<br>Affirmed | 12/15/2016 | CP–51–AP–0000419–<br>2013<br>(Philadelphia) |
| In the Interest of: K.J.G. | 2448 EDA 2016<br>Affirmed | 12/15/2016 | CP–51–0000600–2015<br>(Philadelphia) |

10. Petition for reargument denied February 16, 2017.